CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 6 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE DANIEL PALMER,<br>Petitioner, | Civil Action No. 7:05CV00677 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON,<br>Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED and ADJUDGED

that the respondent's motion to dismiss is **GRANTED** and Palmer's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

Palmer is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This 26th day of January, 2006.

UNITED STATES DISTRICT JUDGE